**MINUTE ENTRY FOR SETTLEMENT**

TO:        Docketing

FROM:   Magistrate Judge N. Reid Neureiter

DATE:   April 15, 2024

RE:        CIVIL DOCKET FOR CASE #: 23-cv-00819-CNS-NRN
<u>Fleckenstein v. Core Civic et al</u>

_____ A settlement conference was held on _____ and no settlement was reached as to any claims in this action.

_____ Another Settlement Conference set for _____

Updated Confidential Settlement Statements are due on or before _____.

☐   in accordance with the Court's Instructions

 X    A settlement conference was held on this date, and a settlement was reached as to

 X    All claims in this action. The parties shall file dismissal papers on or before <u>May 30, 2024</u>.

_____ Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____.

Settlement conference and preparation time involved: 8.5 hours.

_____ A record was made          x   No record was made

* * * * * * * * * * * * * * * *

_____ Supplemental settlement negotiations were held in the above-captioned case.

Negotiation time involved: _ hours _ minutes